# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Parks Diversified, LP, | ) CASE NO.: 8:23-cv-02279-SVW |
| TALON DIVERSIFIED HOLDINGS, INC. et al. | ) <br> ) JUDGMENT |
| Plaintiffs | ) BK Case No. 8:21-bk-11558-TA <br> ) Adv. No. 8:23-ap-01030-TA |
| vs. | ) |
| David Klein et al. | ) |
| Defendants. | |

Judgment is hereby entered in accordance with the Court's order at 8:23-CV-02230-SVW ECF No. 70, dated May 6, 2024.

DATE: May 24, 2024

_____
STEPHEN V. WILSON, U.S. DISTRICT JUDGE